Walter E. McKay et al., Appellees, v. James A. Hannah, etc., et al., Appellant.

Gen. No. 42,702.

opinion filed
November 4, 1943. W. Harold Rutherford, for appellant; Richard E. Keogh, of counsel; Henslee & Brown and Leo G. Hanna, for certain appellee; Charles Boyle, for certain other appellee. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.